# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVAIA

| | | |
|---|---|---|
| SHANNON PARCHINSKI | : | |
| | : | |
| V. | : | 18-CV-700-RDM-KM |
| | : | |
| LACKAWANNA COUNTY, et al | : | |

## MOTION TO DISCONTINUE

AND NOW, comes Plaintiff, by and through her Counsel, Matthew T. Comerford, Esq., who files this Motion, averring as follows:

1. A Complaint in this §1983 matter was filed on March 30, 2018.

2. This case was subsequently mediated.

3. A settlement was reached at that mediation.

4. Since that time, the parties have executed the appropriate documentation, and the Plaintiff has received settlement.

WHEREFORE, Plaintiff respectfully requests that the Court dismiss the instant case.

Respectfully Submitted,

*/s/ Matthew T. Comerford*
_____
Matthew T. Comerford, Esq.
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVAIA**

| | | |
|---|---|---|
| SHANNON PARCHINSKI | : | |
| | : | |
| V. | : | 18-CV-700-RDM-KM |
| | : | |
| LACKAWANNA COUNTY, et al | : | |

## CERTIFICATE OF CONCURRENCE

  This June 20, 2018, I, Matthew T. Comerford, Esq., hereby certify that I have spoken to David Heisler, Esq., Sean McDonough, Esq., and Michael Donahue, Esq., attorneys for defendants, who have indicated their concurrence herein.

                Respectfully Submitted,

                */s/ Matthew T. Comerford*
                _____
                Matthew T. Comerford, Esq.
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  I, Matthew T. Comerford, Esq., hereby certify that on June 20, 2018, I served a true and accurate copy of the foregoing upon David Heisler, Esq., Sean McDonough, Esq., and Michael Donahue, Esq., attorneys for defendants, via ECF.

                Respectfully Submitted,

                */s/ Matthew T. Comerford*
                _____
                Matthew T. Comerford, Esq.
                Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVAIA**

| | | |
|---|---|---|
| SHANNON PARCHINSKI | : | |
| | : | |
| V. | : | 18-CV-700-RDM-KM |
| | : | |
| LACKAWANNA COUNTY, et al | : | |

**ORDER**

AND NOW, this _____ day of _____ 2018, this matter having been settled and settlement having been consummated, it is hereby ordered that this matter is dismissed.

_____